■ In the Matter of JAMES E. CHRISTIAN, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bergan, JJ.

■ In the Matter of WILLIAM A. KUMMER, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bergan, JJ.

## SECOND DEPARTMENT, AUGUST, 1958

## (August 5, 1958)

■ In the Matter of SUNLAND BEVERAGE CORP., Respondent, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Appellants. — Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. The order appealed from is an intermediate order. No separate appeal lies therefrom in the absence of a direction by the court which made the order (Civ. Prac. Act, § 1304; Matter of Clark v. Burke, 268 App. Div. 864; Matter of Francisco v. O'Connell, 274 App. Div. 796; Matter of Cohen v. Cocoline Prods., 3 A D 2d 711). Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.

■ ETHEL KRAUS, Respondent, v. IDA BOUGES, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of LAWRENCE R. BAILEY, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ. (12 Misc 2d 105.)

■ In the Matter of CHARLES G. CHRISTOFFERS, Respondent, against LAWRENCE W. McKEOWN et al., Constituting the Board of Elections of Nassau County, Appellants. NASSAU DEMOCRATIC COUNTY COMMITTEE, Intervenor.— Order reversed on the law and the facts, without costs, and petition dismissed. Findings of fact insofar as they may be inconsistent herewith are reversed, and new findings are made as indicated herein. The change of enrollment here asserted was not completed as required by law (Election Law, §§ 385, 369, 186). Wenzel, Acting P. J., Ughetta and Kleinfeld, JJ., concur; Murphy, J., dissents and votes to affirm, on the ground that on the facts disclosed here and on the evidence before the court, the petition should be sustained.

■ In the Matter of GEORGE E. DECKER, Respondent, against ALEXANDER E. HARRIS et al., Appellants, et al., Respondents.— Order reversed, on the law and the facts, without costs, and petition dismissed. Findings of fact insofar as they may be inconsistent herewith are reversed and new findings are made as indicated herein. Upon the facts disclosed in this case the petition is a valid one. It contains valid signatures in excess of those required by the statute. Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of THOMAS A. DUFFY et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents. A. PAUL GOLDBLUM et al., Appellants.— Order insofar as appealed from unanimously affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.